**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| AMERICA SCIENCE TEAM RICHMOND, INC., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Civil Action No. 3:22-cv-00451 |
| ENOCH CHAN, | ) ) ) |
| *Defendant*. | ) |

## PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE OF PROCESS BY ELECTRONIC COMMUNICATION

Plaintiff, America Science Team Richmond, Inc. (Plaintiff"), by counsel, moves this Court for an Order directing that Plaintiff serve Defendant by his email address and/or directed to his Maryland attorneys email address, for the reasons set forth in Plaintiff's accompanying Memorandum of Law in support of this Motion.

Dated: June 22, 2022

Respectfully submitted,

　　　/s/ Stephen M. Faraci Sr.
Stephen M. Faraci, Sr., Esquire (VSB #42748)
Robert N. Drewry, Esquire (VSB #91282)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:　(804) 977-3307
Facsimile:　(804) 977-3298
E-Mail:　sfaraci@wtplaw.com
E-Mail:　rdrewry@wtplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2022, I electronically filed this *Plaintiffs' Motion For Order Authorizing Service of Process by Electronic Communication* with the Clerk of the Court using the CM/ECF system. I also hereby certify that I have served a copy of the foregoing by electronic mail and by United States Mail, First Class, Postage Prepaid, to the following last known addresses:

Enoch Chan
4110 Bowne Street, Apartment 6S
Flushing, New York 11355
Enoch.chan@hotmail.com

Enoch Chan
9169 W. State Street
Garden City, Idaho 83714-1733

                                                /s/ Stephen M. Faraci, Sr.
                                                        Counsel