UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

AMERICA SCIENCE TEAM RICHMOND, INC., )
)
)
*Plaintiff,*       )
)
)                    Civil Action No. 3:21cv437
)
v.                                       )
)
ENOCH CHAN                               )
)
)
*Defendant*        )

## AFFIDAVIT OF ATTEMPTED SERVICE

I, Dwight Gordon, of the Township of Whitby, in the Province of Ontario, process server, MAKE OATH AND SAY:

1. I was hired by Whiteford Taylor Preston to personally serve a copy of the Summons in a Civil Action and Complaint to Enoch Chan and as such have personal knowledge of the matters to which deposition is hereinafter made. Where the information herein is based on the knowledge or information of others, I stated the source of that information, and that I verily believe it to be true.

2. On Saturday, September 25th, 2021 at approximately 1:00 p.m., I attended the Defendant's given address at 18 Farmington Crescent, Scarborough, ON M1S 1G1 to serve the aforementioned documents. Upon arrival, I did not observe any vehicles on the driveway. However, there was furniture piled at the front of the driveway and a sign affixed indicating that the furniture was free for the taking. I approached the front door and both knocked and rang the doorbell. There was no answer. I waited approximately two minutes before knocking the door and ringing the door bell again. No one answered the door. I could see through the front window of the residence and observed several items packed at the front of the house. I walked to the side of the house to see if there was anyone in the backyard. I could not see anyone. I again went to the front door and both knocked and rang the doorbell again. No one answered and there did not appear to be any movement in the residence. I departed the area.

3. On Wednesday, September 29, 2021 at approximately 5:28 p.m. I again attended the Defendant's given address to serve the aforementioned documents. Upon arrival, , I found a white Mercedes Benz and a Dodge Caravan parked on the driveway. The upstairs window was open. I

approached the main door of the residence and both knocked the door and rang the door bell. No one answered. I waited approximately two to three minutes before knocking the door and ringing the doorbell again. There was no answer. I went to the side of the residence and saw the neighbour in his backyard. I inquired after Enoch Chan. The neighbour indicated that Mr. Chan was the Chinese/Asian man, that lived in the basement. He indicated that Mr. Chan had moved out 4 days prior and that he had moved to New Zealand to live his daughter. I returned to the main door of the residence to see if I could speak with anyone in the house. No one answered the door.

4. As a result of the foregoing and as Enoch Chan was not seen during my attempts at service, the above-mentioned legal documents could not be served.

SWORN before me at the Town )
of Whitby, in the Province of  )
Ontario on this 10th, day of   )
November, 2021                 )
                               )

**Dwight Gordon**

**Bellgor Process Servers**
470 King St. West
Oshawa, ON. L1J 2K9
Tel: 905 205 0824