IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMERICA SCIENCE TEAM
RICHMOND, INC.,
        Plaintiff,

v.                                           Civil Action No. 3:22cv451

ENOCH CHAN,
        Defendant.

## ORDER

This matter comes before the Court on the plaintiff's motion for an order authorizing service of process by electronic communication. (ECF No. 3.) The plaintiff asks that the Court order alternative service by email to the defendant's email address and the email address of Maryland attorney Stewart Sutton, who the plaintiff knows to represent the defendant on other legal matters. Although the plaintiff "is certain of the veracity of Defendant's email address," it does not explain the basis for this certainty. (ECF No. 4, at 7.) Further, although the plaintiff "is aware that Defendant is currently using services of Maryland attorney, Stewart Sutton," it provides no evidence of this relationship. The Court DIRECTS the plaintiff to file a notice within seven days of this Order explaining (1) why it is certain the defendant will receive emails at the address provided and (2) that Attorney Sutton represents the defendant in other matters.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/ _____
John A. Gibney, Jr.
Senior United States District Judge

Date: 27 June 2022
Richmond, VA