**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| AMERICA SCIENCE TEAM RICHMOND, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:22-cv-00451 |
| | ) | |
| ENOCH CHAN, | ) | |
| | ) | |
| *Defendant*. | ) | |

## PLAINTIFF'S NOTICE

Plaintiff, America Science Team Richmond, Inc. ("**Plaintiff**" or "**AmeriSci**"), by counsel, and pursuant to this Court's Order, dated June 27, 2022 (D.N. 7), hereby submits this Notice ("**Notice**") to provide the Court additional information pertaining to Plaintiff's Motion for an Order Authorizing Service of Process by Electronic Communication (the "**Motion**") (D.N. 3) against Defendant Enoch Chan ("**Defendant**" or "**Mr. Chan**").

1. For a period of years, AmeriSci and Mr. Chan communicated with each other through e-mail regarding various issues, including Mr. Chan's employment and the claims at issue in AmeriSci's Complaint. In these communications, both AmeriSci and Mr. Chan used the e-mail address enoch.chan@hotmail.com for their correspondence.

2. Attached as Exhibit A are representative samples of correspondence with Mr. Chan. The e-mails show a small sample of direct communication with Mr. Chan over a period of time.

3. Similarly, AmeriSci and counsel for AmeriSci have engaged in e-mail correspondence with Mr. Chan's attorney for other matters, Stewart A. Sutton.

4. Attached as Exhibit B are representative samples of correspondence with Mr. Sutton, wherein Mr. Sutton expressly states that he represents Mr. Chan for certain matters unrelated to the present lawsuit.

5. For purposes of this Notice, Plaintiff has redacted information that is not pertinent to the present issue of showing the Court why it is reasonably certain Mr. Chan will receive emails at [enoch.chan@hotmail.com](mailto:enoch.chan@hotmail.com). To the extent that the Court wishes to review unredacted copies of any of the communications attached to this Notice, the undersigned counsel will provide such unredacted copies for an *in camera* inspection by the Court upon request.

6. In addition, to the extent the Court needs additional information with respect to any communications with Mr. Chan or the difficulties in obtaining service over Mr. Chan, Plaintiff will provide the necessary information.

Dated: July 1, 2022                                                             Respectfully submitted,

    /s/ Stephen M. Faraci Sr.
Stephen M. Faraci, Sr., Esquire (VSB #42748)
Robert N. Drewry, Esquire (VSB #91282)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:     (804) 977-3307
Facsimile:       (804) 977-3298
E-Mail:           sfaraci@wtplaw.com
E-Mail:           rdrewry@wtplaw.com

*Counsel for Plaintiff, America Science Team Richmond, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I electronically filed this *Plaintiff's Notice* with the Clerk of the Court using the CM/ECF system. I also hereby certify that I have served a copy of the foregoing by electronic mail and by United States Mail, First Class, Postage Prepaid, to the following last known addresses:

Enoch Chan
4110 Bowne Street, Apartment 6S
Flushing, New York 11355
Enoch.chan@hotmail.com

Enoch Chan
9169 W. State Street
Garden City, Idaho 83714-1733

                                           /s/ Stephen M. Faraci, Sr.
                                                 Counsel