# EXHIBIT A

**Subject:**               FW: To clarify

**From:** C E <enoch.chan@hotmail.com>
**Sent:** Monday, April 20, 2020 11:02 AM
**To:** Browder Barry <bbrowder@amerisci.com>; Edward Lai <elai@amerisci.com>
**Cc:** Elaine Chang <elainechang999@gmail.com>
**Subject:** To clarify

Dear Barry and Eddie,



1

**EXHIBIT A**



Best regards,

Enoch

**EXHIBIT A**

From: Human Resources <HumanResources@amerisci.com>
Sent: Wednesday, July 22, 2020 21:24
To: enoch.chan@hotmail.com <enoch.chan@hotmail.com>
Subject: ███████████

███████

████████████████████████████████

████████████████████████████████████
████████████████████

████████████████████

████████████████████████████

████████████████████████████████
████████████████████████████████
████████████████

████████████████████████████████
████████████████████

████████████████████████

████████████████████████

Truly,

Human Resources Department
AmeriSci Richmond
------------------------------------------------------------

From: E C <enoch.chan@hotmail.com>
Sent: Monday, July 27, 2020 9:43
To: Human Resources <HumanResources@amerisci.com>
Subject: Re: Settlement Agreement

Dear Human Resources Department,

Thank you for your email.

# EXHIBIT A

**Subject:** FW: ▮▮▮▮▮▮▮ January 29th, 2018
**Attachments:** Doctor's note for surgery.pdf

**From:** C E <enoch.chan@hotmail.com>
**Sent:** Wednesday, December 27, 2017 10:00 PM
**To:** Elaine Chang <elainechang999@gmail.com>
**Cc:** mbrothers@amerisci.com; Browder Barry <bbrowder@amerisci.com>; elai@amerisci.com
**Subject:** ▮▮▮▮▮▮▮ January 29th, 2018

▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you very much

Enoch