**EXHIBIT B**

| | |
|---|---|
| **From:** | ssuttonesq@aol.com |
| **Sent:** | Wednesday, December 1, 2021 11:23 AM |
| **To:** | Faraci Sr., Stephen |
| **Subject:** | [EXTERNAL] AmeriSci v. Enoch Chan |

December 1, 2021


VIA EMAIL ONLY: SFaracaci@wtplaw.com


Stephen M. Faraci, Sr.

Whiteford, Taylor & Presson, L.L.P.

Two James Center

1021 E. Cary Street, Suite 1700

Richmond, VA  23219


Re: <u>AmeriSci v. Enoch Chan</u>


Mr. Faraci:


     This is to confirm our conversation today in which I stated I do not represent Mr. Chan in any current litigation in Maryland; and I do not have authority to accept service on his behalf.

**EXHIBIT B**

Sincerely yours,

Stewart A. Sutton

# EXHIBIT B

## Law Office of Stewart Andrew Sutton, LLC

stewart.andrew.sutton@gmail.com
www.stewartsutton.com

8 Executive Park Court
Germantown, MD 20874
Telephone (301) 916-5000
Facsimile (301) 916-1201

May 24, 2021

VIA U.S. MAIL & email: elainechang999@gmail.com & lawyer@zhanglaw.com

Elaine H. Chang
Law Offices of Elaine Chang
11710 Old Georgetown Road, Suite 914
N. Bethesda, MD 20852

Re: Jean Wu and Enoch Chan

Dear Ms. Chang:

I have been retained by ████ and Enoch Chan to resolve their ████ case, ████ claims against you arising from ████ Enoch's immigration application.



1

# EXHIBIT B



# EXHIBIT B



3

# EXHIBIT B



4

# EXHIBIT B



# EXHIBIT B



# EXHIBIT B



# EXHIBIT B



8

# EXHIBIT B



9

# EXHIBIT B



# EXHIBIT B



11

# EXHIBIT B



# EXHIBIT B



13

# EXHIBIT B



14

# EXHIBIT B



# EXHIBIT B

**EXHIBIT B**



16

# EXHIBIT B



17

**EXHIBIT B**



I look forward to your response.

Sincerely yours,

Stewart A. Sutton

18

# EXHIBIT B



19