

This report prepared by Morse Investigation Services



### Subject Information:

Name: **ENOCH H CHAN**

Date of Birth: **XX/XX/1990** Born **31** Years Ago
Gender: **Male**
SSN: **XXX-XX-6082**, issued in **NEW YORK** in **2009**



### Possible Employers

**None Found**

### Best Addresses to mail:

### Possible Email Addresses:

| | |
|---|---|
| **9169 W STATE ST, GARDEN CITY, ID 83714-1733 (ADA COUNTY)** (03/29/2022 to 07/14/2022)<br>**5021 WESTWARD TER, GLEN ALLEN, VA 23059-5786 (HENRICO COUNTY)** (09/30/2019 to 07/02/2022)<br>**4110 BOWNE ST APT 6S, FLUSHING, NY 11355-5604 (QUEENS COUNTY)** (08/01/2015 to 04/03/2022)<br>**4110 BOWNE ST, FLUSHING, NY 11355-5617 (QUEENS COUNTY)** (12/14/2021 to 12/15/2021)<br>**9169 W STATE ST, BOISE, ID 83714-1733 (ADA COUNTY)** (02/2022) | enoch.chan@hotmail.com (73%)<br>dawginlife@yahoo.com (40%) |
| **Best Numbers to call for subject:**<br> | **Commercial Numbers found at subject's addresses:**<br> |