IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMERICA SCIENCE TEAM
RICHMOND, INC.,
    Plaintiff,

v.                                              Civil Action No. 3:22cv451

ENOCH CHAN,
    Defendant.

## ORDER

This matter comes before the Court on the plaintiff's motion for an extension of time to serve its complaint against the defendant. (ECF No. 13.) On October 5, 2022, the Court received proof of service that the defendant had been served a summons for this matter on October 4, 2022. (ECF No. 14.) Accordingly, the Court DISMISSES the plaintiff's motion as moot.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                          /s/
                                      John A. Gibney, Jr.
                                      Senior United States District Judge

Date: 6 October 2022
Richmond, VA