# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK DAVIS  
CHIEF JUDGE

November 17, 2022

Stephen M. Faraci, Sr., Esq.  
Robert N. Drewry, Esq.  
Whiteford Taylor & Preston, L.L.P.  
1021 E. Cary Street, Suite 1700  
Richmond, VA  23219

Re: **America Science Team Richmond, Inc. v. Enoch Chan**
**Civil Action No.  3:22CV00451**

Counsel:

The above-noted case is currently pending before United States District Judge John A. Gibney, Jr. Court records indicate that service has been made upon the defendant in this matter, Enoch Chan. No answer or other responsive pleadings have been filed.

It is requested that appropriate steps be taken to proceed with this case on Judge Gibney's docket.

Thank you for your cooperation.

Very truly yours,

FERNANDO GALINDO, CLERK

By: _____/s/_____  
W. Tuck, Deputy Clerk