**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| AMERICA SCIENCE TEAM RICHMOND, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ENOCH CHAN,<br><br>Defendant. | Civil Action No. 3:22-cv-00451 |

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

To: Clerk of Court

Plaintiff, America Science Team Richmond, Inc. ("**AmeriSci Richmond**," "**AmeriSci**," or "**Plaintiff**"), by counsel, requests the Clerk's entry of default as to the Defendant, Enoch Chan ("**Chan**" or "**Defendant**"), pursuant to Fed. R. Civ. P. 55(a) for failure to file an answer or motion in this action within the time allowed by law. An Affidavit in support of this request is attached hereto as Exhibit 1.

Dated: November 21, 2022

AMERICA SCIENCE TEAM RICHMOND, INC.

/s/ Stephen M. Faraci, Sr.

Stephen M. Faraci, Sr., Esquire (VSB #42748)
Robert N. Drewry, Esquire (VSB #91282)
WHITEFORD, TAYLOR & PRESTON, LLP
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 977-3307
Facsimile: (804) 977-3298
E-Mail: sfaraci@wtplaw.com
E-Mail: rdrewry@wtplaw.com

*Counsel for Plaintiff, America Science Team Richmond, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, I electronically filed this *Request for Entry of Default* with the Clerk of the Court using the CM/ECF system. I also hereby certify that I have served a copy of the foregoing by United States Mail, First Class, Postage Prepaid, to the following:

Enoch Chan
18 Farmington Crescent
Scarborough, ON M1S 1G1, Canada

/s/ Stephen M. Faraci, Sr.
Counsel