# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| AMERICA SCIENCE TEAM RICHMOND, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENOCH CHAN, <br><br> Defendant. | Civil Action No. 3:22-cv-00451 |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT

I, Stephen M. Faraci, Sr. undersigned counsel for America Science Team Richmond, Inc. ("**AmeriSci Richmond**," "**AmeriSci**," or "**Plaintiff**"), and am competent to testify to the matters asserted herein.

1. I am a Partner at the law firm of Whiteford Taylor & Preston LLP ("**WTP**"). WTP was engaged by Plaintiff to bring the current lawsuit.

2. This affidavit is executed by me in accordance with Rule 55 of the Federal Rules of Civil Procedure for the purposes of obtaining entry of default against all persons and parties for failure to answer or otherwise defend as to Plaintiff's Complaint.

3. Plaintiff commenced this action against the Defendant by filing a Complaint (the "**Complaint**") [Docket No. 1] on June 22, 2022.

4. A summons with respect to the Complaint (the "**Summons**") was issued on June 23, 2022 [Docket No. 6] on the Defendant.

5. The Complaint and Summons in this action were served on Defendant Enoch Chan pursuant to Fed. R. Civ. P. 5 on October 4, 2022, as indicated on the Affidavit of Service for the

Summons and Complaint, a copy of which was filed with the Court on October 5, 2022 [Docket No. 14].

6. The time for the Defendant to file an answer, plead, defend or otherwise move in response to the Complaint pursuant to Fed. R. Civ. P. 6(b), which has not been further extended by the Court for the Eastern District of Virginia, was due on or before October 25, 2022, and the Defendant has not answered or otherwise responded to the Complaint.

7. No answer, motion, or other responsive pleading was made within the time provided by applicable law.

8. Upon information and belief, no person thought to have an interest in any Defendant is an infant, incompetent, presently engaged in military service.

I, Stephen M. Faraci, Sr. do solemnly declare and affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing affidavit are true and correct.

Dated: November 21, 2022

Stephen M. Faraci, Sr., Esquire

COMMONWEALTH OF VIRGINIA
CITY OF RICHMOND

The foregoing Affidavit was sworn to before me on this 21st day of November, 2022, by Stephen M. Faraci, Sr.

Notary Public

My Commission expires: 7.31.2024

My Registration Number: 229049

2