**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

AMERICA SCIENCE TEAM RICHMOND, INC.,

*Plaintiff,*

v.

ENOCH CHAN,

*Defendant.*

Civil Action No. 3:22-cv-00451-JAG

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff, America Science Team Richmond, Inc. ("**AmeriSci**"), by counsel, hereby moves the Court for a default judgment against Defendant, Enoch Chan ("**Chan**"), on the grounds that Defendant has failed to answer or otherwise defend the Complaint, and AmeriSci is entitled to judgment as a matter of law against Defendant.

1. Accordingly, AmeriSci seeks judgment against Defendant for: (i) compensatory damages in its favor against Defendant, in the amount of $255,500.00; (ii) punitive damages in its favor against Defendant by virtue of his malicious and willful actions, in the amount of $50,000.00 pursuant to Va. Code § 59.1-338 and 18 U.S.C. § 1836; (iii) a permanent injunction requiring Defendant to: (1) refrain from any further use of AmeriSci's confidential information and Trade Secrets; (2) return all confidential information, Trade Secrets, and AmeriSci property in his possession; and (3) certify through a forensic examination of his computers and other devices that he has returned such information and that he has not retained any copy or copies of any of AmeriSci's information; (iv) an award of AmeriSci's attorneys' fees and costs in the amount of

$29,739.40; (v) an award of post-judgment interest in the amount allowed by law; and (vi) such other and further relief as this Court may deem just and proper.

The reasons in support of this Motion are set out in Plaintiff's Memorandum of Support, the Declaration of counsel, and the pleadings and record herein.

### *Roseboro* Notice

Pursuant to Local Rule 7(K) of the Eastern District of Virginia and *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), undersigned counsel advises the Defendant of the following:

(1)     The Defendant is entitled to file a response opposing the motion and that any such response must be filed within twenty-one (21) days of the date on which the dispositive or partially dispositive motion is filed;

(2)     The Court could dismiss the action on the basis of Plaintiff's papers if the Defendant does not file a response;

(3)     The Defendant must identify all facts stated by Plaintiff with which the Defendant disagrees and must set forth his version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

(4)     The Defendant is also entitled to file a legal brief in opposition to the one filed by Plaintiff.

Dated:  February 14, 2023                     AMERICA SCIENCE TEAM RICHMOND, INC.

                                   /s/ Stephen M. Faraci, Sr.
                           Stephen M. Faraci, Sr., Esquire (VSB #42748)
                           Robert N. Drewry, Esquire (VSB #91282)
                           WHITEFORD, TAYLOR & PRESTON, L.L.P.
                           1021 E. Cary Street, Suite 1700
                           Richmond, Virginia 23219
                           Telephone:    (804) 977-3307
                           Facsimile:    (804) 977-3298
                           E-Mail:       sfaraci@wtplaw.com
                           E-Mail:       rdrewry@wtplaw.com

                           *Counsel for Plaintiff, America Science Team
                           Richmond, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I electronically filed this *Plaintiff's Motion for Default Judgment* with the Clerk of the Court using the CM/ECF system.  I also hereby certify that I have served a copy of the foregoing by United States Mail, First Class, Postage Prepaid, to the following:

Enoch Chan
18 Farmington Crescent
Scarborough, ON M1S 1G1, Canada


/s/ Stephen M. Faraci, Sr.
Counsel