# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| AMERICA SCIENCE TEAM RICHMOND, INC., *Plaintiff,* v. ENOCH CHAN, *Defendant.* | Civil Action No. 3:22-cv-00451-JAG |

## DECLARATION OF STEPHEN M. FARACI, SR.

1. My name is Stephen M. Faraci, Sr. I am a partner with the law firm of Whiteford, Taylor & Preston, L.L.P. ("**WTP**") in Richmond, Virginia, and I am counsel to Plaintiff in the above-styled matter, together with Robert N. Drewry. I have been a licensed attorney in the Commonwealth of Virginia since 1998. I have maintained a broad-based commercial litigation practice for twenty-four (24) years, which practice has included cases on both a regional and national level. From January 2019 through December 2022, I served as co-head of the Business and Corporate Litigation Group at WTP, and I now serve as sole section head of that group. In that position, I have the responsibility for setting the rates for the attorneys within the group, ranging from associate attorneys, partners, counsel, and senior counsel. I have personal knowledge regarding the legal fees and costs incurred by Plaintiff in the course of WTP's representation of Plaintiff in this matter.

2. AmeriSci incurred expenses totaling $255,500.00 relating to their investigation and uncovering of Defendant and his theft of Plaintiff's confidential information and trade secrets. A true and genuine copy of the invoice received by AmeriSci is attached hereto as **Exhibit 1**.

# EXHIBIT A

      3.      As reflected in the table attached hereto as **Exhibit 2**, as of February 14, 2023, the legal fees incurred by Plaintiff during the course of this litigation total **$29,337.40**.

      4.      As reflected in the table attached hereto as **Exhibit 3**, as of February 14, 2023, the costs incurred by Plaintiff during the course of this litigation total **$402.00**.

      5.      Based on my experience, the hourly rates charged by WTP in this matter are reasonable and consistent with industry standards. Further, based on my experience, and a review of the hourly rates and the activities performed by WTP, the amounts stated above, and reflected in Exhibits 2-3, are a reasonable and necessary amount of attorneys' fees and costs incurred in prosecuting this suit.

      6.      Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2023 in Richmond, Virginia.

_[signature]_

Name: Stephen M. Faraci, Sr.
Title: Partner

# EXHIBIT A
# EXHIBIT 1

**KO2M LLC**

## INVOICE

804-920-0997
Alex@ko2m.com

**12410 Bundle Road**
**Chesterfield, VA 23838**

Attention: Sherry Hertless
Amerisci Group
13635 Genito Road
Midlothian, VA 23112
Date: 2/4/2020

Project Title: Amerisci IP Theft Investigation
P.O. Number: 20213
Invoice Number: Q451
Terms: Net 30 days

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Forensic Analysis of Server Logs | 190 | $1,000.00 | $190,000.00 |
| Network Analysis | 35 | $1,000.00 | $35,000.00 |
| Grey Market Search | 30 | $1,000.00 | $30,000.00 |
| Data Storage | 1 | $500.00 | $500.00 |
| | | Subtotal | $255,500.00 |
| | Tax | 0.00% | $0.00 |
| | | Total | $255,500.00 |

1

# EXHIBIT A

**EXHIBIT 2**

*America Science Team Richmond, Inc. v. Enoch Chan*

Civil Action No. 3:22-cv-00451-JAG

**WHITEFORD, TAYLOR & PRESTON, L.L.P. – ATTORNEYS' FEES**

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 5/31/2022 | FARACI, STEPHEN M. | E-MAIL EXCHANGES CONCERNING ALTERNATE SERVICE. | 0.20 | 105.00 |
| 6/1/2022 | FARACI, STEPHEN M. | RESEARCH REGARDING SERVICE BY ALTERNATIVE MEANS UNDER FRCP RULE 4; ATTENTION TO MULTIPLE E-MAILS REGARDING SAME. | 1.20 | 630.00 |
| 6/1/2022 | DREWRY, ROBERT N. | CONFERENCE WITH MR. FARACI AND DISCUSSION OF ALTERNATIVE SERVICE. | 0.20 | 69.00 |
| 6/1/2022 | ERNEST, JOHANNA (PARALEGAL) | COMPLETED PEOPLEMAP SEARCH THROUGH WESTLAW TO LOCATE ADDRESS ON DEFENDANT. | 0.70 | 168.00 |
| 6/8/2022 | DREWRY, ROBERT N. | REVIEW FILE AND BEGIN RESEARCH ON ALTERNATIVE SERVICE; E-MAIL WITH MR. FARACI REGARDING STRATEGY. | 0.70 | 241.50 |
| 6/8/2022 | FARACI, STEPHEN M. | REVIEWED MATERIALS CONCERNING ALTERNATE SERVICE OF MR. CHAN; E-MAIL EXCHANGES REGARDING SAME. | 0.40 | 210.00 |
| 6/8/2022 | ERNEST, JOHANNA (PARALEGAL) | COMPLETED WESTLAW PEOPLESEARCH FOR MR. CHAN; UPDATED COMPLAINT TO INCLUDE CURRENT INFORMATION. | 1.00 | 240.00 |
| 6/10/2022 | FARACI, STEPHEN M. | EMAIL EXCHANGES WITH CLIENT REGARDING SERVICE ISSUES. | 0.40 | 210.00 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 6/10/2022 | DREWRY, ROBERT N. | RESEARCH AND CONFERENCE WITH MR. MCCARTHY REGARDING DRAFTING MOTION AND MEMO FOR ALTERNATIVE SERVICE. | 0.30 | 103.50 |
| 6/16/2022 | DREWRY, ROBERT N. | CONFERENCE WITH MR. MCCARTHY REGARDING DRAFTING OF MOTION/BRIEF IN CONNECTION WITH ALTERNATIVE SERVICE; ASSISTED WITH DRAFTING THE SAME. | 0.60 | 207.00 |
| 6/16/2022 | FARACI, STEPHEN M. | E-MAIL EXCHANGES REGARDING MOTION FOR ALTERNATIVE SERVICE. | 0.40 | 210.00 |
| 6/17/2022 | DREWRY, ROBERT N. | REVIEWED AND REVISED COMPLAINT AND MOTION/BRIEF IN ADVANCE OF FILING THE SAME; CONFERENCE WITH MR. FARACI REGARDING FILING AND OVERALL STATUS. | 0.80 | 276.00 |
| 6/17/2022 | FARACI, STEPHEN M. | REVISED MOTION AND MEMORANDUM FOR ALTERNATIVE SERVICE; E-MAIL EXCHANGES REGARDING SAME. | 0.40 | 210.00 |
| 6/20/2022 | FARACI, STEPHEN M. | E-MAIL EXCHANGE REGARDING MOTION FOR ALTERNATIVE SERVICE. | 0.20 | 105.00 |
| 6/20/2022 | DREWRY, ROBERT N. | ATTENDED TO E-MAILS REGARDING ALTERNATIVE SERVICE AND REFILING OF COMPLAINT. | 0.20 | 69.00 |
| 6/21/2022 | FARACI, STEPHEN M. | REVISED MOTION FOR ALTERNATIVE SERVICE; E-MAILS REGARDING SAME. | 0.40 | 210.00 |
| 6/21/2022 | DREWRY, ROBERT N. | REVISE, EDIT, AND BEGIN FINALIZING COMPLAINT, MOTION, AND BRIEF IN CONNECTION WITH REFILING COMPLAINT AND ALTERNATIVE SERVICE; E-MAIL EXCHANGE WITH MR. FARACI REGARDING SAME. | 1.70 | 586.50 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 6/22/2022 | DREWRY, ROBERT N. | CONTINUE FINALE REVISIONS ON COMPLAINT AND MOTION/BRIEF IN ADVANCE OF FILING; ATTEND TO FILING OF SAME; CORRESPONDENCE WITH CLIENT REGARDING FILING OF SAME; DRAFT AND FILE FINANCIAL DISCLOSURE. | 2.00 | 690.00 |
| 6/22/2022 | FARACI, STEPHEN M. | FINALIZED COMPLAINT AND MOTION FOR ALTERNATIVE SERVICE; ATTENTION TO E-MAILS REGARDING SAME. | 0.40 | 210.00 |
| 6/23/2022 | DREWRY, ROBERT N. | ATTEND TO ECF NOTICES; COORDINATE SUMMONS ISSUANCE AND DELIVERY TO PROCESS SERVER. | 0.40 | 138.00 |
| 6/24/2022 | DREWRY, ROBERT N. | ATTEND TO CORRESPONDENCE FROM COURT REGARDING MEMO IN SUPPORT OF MOTION AND PROVIDE COPIES OF SAME TO COURT. | 0.70 | 241.50 |
| 6/27/2022 | FARACI, STEPHEN M. | ATTENTION TO COURT ORDER REGARDING ADDITIONAL FILINGS ON MOTION FOR ALTERNATIVE SERVICE; REVIEWED DOCUMENTS IN CONNECTION WITH SAME. | 0.60 | 315.00 |
| 6/27/2022 | DREWRY, ROBERT N. | CONFERENCE WITH MR. FARACI; REVIEWED CORRESPONDENCE; ATTENDED TO COURT'S ORDER REGARDING SHOWING NOTICE OF PROOF; DRAFTED NOTICE TO ENSURE DEFENDANT RECEIVES E-MAILS. | 1.20 | 414.00 |
| 6/28/2022 | FARACI, STEPHEN M. | E-MAIL EXCHANGES REGARDING ADDITIONAL SERVICE ISSUES, ALTERNATIVE SERVICE, AND REQUIRED COURT NOTICE. | 0.40 | 210.00 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 6/29/2022 | DREWRY, ROBERT N. | REVIEWED E-MAIL AND ATTACHMENTS FROM CLIENT; RESPONDED TO THE SAME. | 0.20 | 69.00 |
| 6/30/2022 | DREWRY, ROBERT N. | CONTINUE PREPARATION OF NOTICE AND EXHIBITS IN CONNECTION WITH JUDGE GIBNEY'S ORDER; REDACT EMAIL CORRESPONDENCE AND PROVIDE COPY OF PROPOSED FILING TO MR. FARACI. | 1.30 | 448.50 |
| 6/30/2022 | FARACI, STEPHEN M. | ATTENTION TO E-MAILS CONCERNING ISSUES RELATED TO REQUIRED COURT NOTICE; REVISED NOTICE. | 0.60 | 315.00 |
| 7/1/2022 | DREWRY, ROBERT N. | FINALIZE NOTICE; ATTEND TO FILING OF NOTICE WITH COURT; PROVIDE COPY OF SAME TO DEFENDANT. | 0.30 | 103.50 |
| 7/11/2022 | DREWRY, ROBERT N. | REVIEW AND ATTEND TO COURT'S ORDER REGARDING ADDITIONAL INFORMATION REQUIRED BY COURT FOR ALTERNATIVE SERVICE; CORRESPONDENCE WITH MR. FARACI REGARDING SAME. | 0.50 | 172.50 |
| 7/11/2022 | FARACI, STEPHEN M. | ATTENTION TO COURT NOTICE CONCERNING ADDITIONAL INFORMATION ON MOTION FOR ALTERNATIVE SERVICE; E-MAIL EXCHANGES REGARDING SAME, INCLUDING TO MS. SALZBERG; E-MAIL EXCHANGES WITH CLIENT REGARDING VARIOUS ISSUES. | 1.00 | 525.00 |

4

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 7/12/2022 | FARACI, STEPHEN M. | TELEPHONE CALL WITH CLIENT REGARDING MOTION FOR ALTERNATIVE SERVICE AND EVIDENCE NECESSARY TO PROVE SAME; DISCUSSION WITH MR. DREWRY REGARDING PENDING MOTION. | 0.80 | 420.00 |
| 7/12/2022 | DREWRY, ROBERT N. | TELEPHONE CALL WITH CLIENT REGARDING CORRESPONDENCE WITH MR. CHAN; FOLLOW-UP RESEARCH AND CORRESPONDENCE WITH MR. FARACI AND CLIENT. | 0.90 | 310.50 |
| 7/13/2022 | DREWRY, ROBERT N. | BEGIN DRAFTING SECOND NOTICE TO COURT REGARDING COMMUNICATIONS WITH DEFENDANT. | 0.20 | 69.00 |
| 7/14/2022 | FARACI, STEPHEN M. | E-MAIL EXCHANGES REGARDING SERVICE ISSUES; TELEPHONE CALL TO MR. LAI REGARDING SAME. | 0.40 | 210.00 |
| 7/14/2022 | DREWRY, ROBERT N. | CONTINUED DRAFTING/REVISING NOTICE TO COURT FOLLOWING SECOND ORDER REGARDING ALTERNATIVE SERVICE. | 0.90 | 310.50 |
| 7/15/2022 | FARACI, STEPHEN M. | EMAIL EXCHANGES WITH MR. LAI CONCERNING MOTION FOR ALTERNATIVE SERVICE. | 0.40 | 210.00 |
| 7/18/2022 | DREWRY, ROBERT N. | EDIT, REVISE, AND FINALIZE NOTICE TO JUDGE GIBNEY; REDACT EXHIBIT C; CORRESPOND WITH MR. FARACI AND CLIENT REGARDING FILING; ATTEND TO FILING; E-MAIL WITH CLIENT REGARDING SERVICE. | 1.70 | 586.50 |
| 7/18/2022 | FARACI, STEPHEN M. | REVIEWED AND REVISED RESPONSE TO NOTICE; EMAIL EXCHANGES REGARDING SAME. | 0.80 | 420.00 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 7/19/2022 | FARACI, STEPHEN M. | E-MAIL EXCHANGES WITH CLIENT REGARDING VARIOUS ISSUES; REVIEWED ORDER ON MOTION FOR ALTERNATIVE SERVICE; E-MAIL EXCHANGES WITH CLIENT. | 0.60 | 315.00 |
| 7/21/2022 | FARACI, STEPHEN M. | REVISED SUBPOENA DUCES TECUM TO MR. SUTTON; E-MAIL EXCHANGES REGARDING SAME. | 0.40 | 210.00 |
| 7/21/2022 | DREWRY, ROBERT N. | ATTEND TO SUBPOENA TO MR. SUTTON; REVISE SAME; INTERNAL E-MAIL WITH MR. FARACI REGARDING SUBPOENA. | 0.70 | 241.50 |
| 7/21/2022 | ERNEST, JOHANNA (PARALEGAL) | DRAFTED THIRD PARTY SUBPOENA, EXHIBIT, AND NOTICE. MAILED AND EMAILED FINAL VERSION TO DEFENDANT AND SENT DOCUMENTS TO COURIER FOR SERVICE. | 1.30 | 312.00 |
| 7/26/2022 | DREWRY, ROBERT N. | ATTEND TO E-MAILS AND REQUEST STATUS UPDATE REGARDING SERVICE OF SUBPOENA; PROVIDE UPDATE TO MR. FARACI REGARDING SAME. | 0.20 | 69.00 |
| 8/8/2022 | FARACI, STEPHEN M. | REVIEWED AND ANALYZED MR. SUTTON'S OBJECTIONS TO SUBPOENA DUCES TECUM; E-MAIL EXCHANGES REGARDING STRATEGY. | 0.40 | 210.00 |
| 8/8/2022 | DREWRY, ROBERT N. | REVIEWED SUBPOENA RESPONSES; CORRESPONDED WITH MR. FARACI REGARDING THE SAME. | 0.30 | 103.50 |
| 8/11/2022 | DREWRY, ROBERT N. | REVIEW AND ANALYZE RESPONSE TO SUBPOENA; CONFERENCE WITH MR. FARACI; E-MAIL TO CLIENT; DRAFT NOTICE TO COURT REGARDING EVIDENCE OF SUTTON'S REPRESENTATION HISTORY WITH MR. CHAN. | 1.00 | 345.00 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 8/15/2022 | DREWRY, ROBERT N. | ATTEND TO NOTICE TO JUDGE GIBNEY REGARDING ALTERNATIVE SERVICE AND E-MAIL CLIENT REGARDING SAME. | 0.70 | 241.50 |
| 8/15/2022 | FARACI, STEPHEN M. | REVIEWED AND REVISED NOTICE CONCERNING SERVICE; E-MAILS REGARDING THE SAME. | 0.40 | 210.00 |
| 9/30/2022 | FARACI, STEPHEN M. | E-MAIL EXCHANGES CONCERNING POTENTIAL SERVICE ON MR. CHAN; REVIEWED MATERIALS CONCERNING PEER REVIEW HEARING. | 0.40 | 210.00 |
| 10/3/2022 | DREWRY, ROBERT N. | CORRESPOND WITH PROCESS SERVER REGARDING ADDITIONAL SERVICE LOCATION; DRAFT MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT. | 0.80 | 296.00 |
| 10/3/2022 | FARACI, STEPHEN M. | E-MAIL EXCHANGES REGARDING ADDITIONAL SERVICE ATTEMPTS AND MOTION FOR EXTENSION OF TIME. | 0.40 | 210.00 |
| 10/4/2022 | DREWRY, ROBERT N. | FINALIZED MOTION FOR EXTENSION OF TIME AND FILED THE SAME; PROVIDED UPDATE TO CLIENT REGARDING THE SAME. | 0.30 | 111.00 |
| 10/5/2022 | FARACI, STEPHEN M. | E-MAIL EXCHANGES REGARDING SERVICE OF COMPLAINT ON MR. CHAN; REVIEWED SAME. | 0.40 | 210.00 |
| 10/5/2022 | DREWRY, ROBERT N. | ATTEND TO E-MAILS REGARDING SERVICE AND PREPARE SERVICE RETURN FOR FILING. | 0.20 | 74.00 |
| 10/6/2022 | FARACI, STEPHEN M. | ATTENTION TO COURT ORDER CONCERNING MOTION FOR EXTENSION. | 0.20 | 105.00 |
| 10/10/2022 | FARACI, STEPHEN M. | ATTENTION TO COURT ORDER REGARDING SERVICE OF COMPLAINT. | 0.20 | 105.00 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 10/27/2022 | DREWRY, ROBERT N. | REVIEW PACER AND CALENDAR TO ENSURE RESPONSE DEADLINE; E-MAIL TO MR. FARACI REGARDING STATUS AND MR. CHAN'S DEFAULT; RESEARCH CASE LAW SURROUNDING DEFAULT JUDGMENTS IN ORDER TO DETERMINE NEXT STEPS. | 1.10 | 407.00 |
| 11/17/2022 | FARACI, STEPHEN M. | ATTENTION TO LETTER FROM THE COURT WITH DIRECTION TO PROCEED; E-MAILS TO MR. DREWRY AND MS. TURNER-LAFVING REGARDING REQUEST FOR ENTRY OF DEFAULT. | 0.40 | 210.00 |
| 11/18/2022 | TURNER-LAFVING, CAITLIN | DRAFTED REQUEST FOR ENTRY OF DEFAULT; BEGAN DRAFTING AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT. | 0.90 | 270.00 |
| 11/21/2022 | DREWRY, ROBERT N. | REVIEWED ENTRY FOR DEFAULT AND ENSURED ACCURACY OF THE SAME; E-MAILED WTP TEAM REGARDING THE SAME. | 0.40 | 148.00 |
| 11/21/2022 | TURNER-LAFVING, CAITLIN | COMPLETED DRAFTING AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT; COORDINATED FILING OF REQUEST FOR ENTRY OF DEFAULT AND AFFIDAVIT IN SUPPORT. | 0.40 | 120.00 |
| 11/21/2022 | FARACI, STEPHEN M. | REVIEWED AND REVISED REQUEST FOR ENTRY OF DEFAULT AND AFFIDAVIT IN SUPPORT; E-MAILS REGARDING SAME. | 0.40 | 210.00 |
| 11/22/2022 | FARACI, STEPHEN M. | ATTENTION TO CLERK'S ENTRY OF DEFAULT; E-MAILED CLIENT AND MR. DREWRY REGARDING THE SAME. | 0.40 | 210.00 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 11/22/2022 | DREWRY, ROBERT N. | INTERNAL CORRESPONDENCE REGARDING DRAFTING OF MOTION FOR DEFAULT JUDGMENT AND SUPPORT RE: SAME. | 0.20 | 74.00 |
| 11/28/2022 | TURNER-LAFVING, CAITLIN | DRAFTED AND REVISED MOTION FOR DEFAULT JUDGMENT AND PROPOSED JUDGMENT AND ORDER; BEGAN DRAFTING MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT. | 2.60 | 780.00 |
| 11/30/2022 | FARACI, STEPHEN M. | EMAIL EXCHANGES WITH CLIENT REGARDING DEFAULT JUDGMENT. | 0.20 | 105.00 |
| 12/1/2022 | FARACI, STEPHEN M. | PREPARED FOR TELEPHONE CONFERENCE WITH CLIENT; TELEPHONE CONFERENCE WITH CLIENT CONCERNING DEFAULT JUDGMENT, DAMAGES, ETC.; | 0.80 | 420.00 |
| 12/1/2022 | DREWRY, ROBERT N. | CONFERENCE WITH MR. FARACI REGARDING DEFAULT JUDGMENT; CONFERENCE WITH MS. DAVIS REGARDING DAMAGES STRATEGY; CONFERENCE WITH MS. TURNER-LAFVING REGARDING MEMO. | 0.40 | 148.00 |
| 12/2/2022 | DREWRY, ROBERT N. | TELEPHONE CALL WITH MS. DAVIS REGARDING DEFAULT JUDGMENT AND POTENTIAL DAMAGES REGARDING THE SAME; E-MAILED MS. TURNER-LAFVING REGARDING MEMO AND DAMAGES FOR DEFAULT JUDGMENT FOLLOWING CONVERSATION WITH MS. DAVIS. | 0.60 | 222.00 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 12/2/2022 | DAVIS, MARY ELIZABETH | CALL WITH R. DREWERY, ANALYZE POTENTIAL ADDITIONAL DAMAGES IN DEFAULT JUDGMENT MATTER. | 0.30 | 135.00 |
| 12/2/2022 | TURNER-LAFVING, CAITLIN | CONTINUED DRAFTING MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; RESEARCHED AND ANALYZED CASE LAW IN CONNECTION WITH THE SAME. | 4.30 | 1,290.00 |
| 12/16/2022 | DREWRY, ROBERT N. | CONFERENCE WITH MS. TURNER-LAFVING REGARDING DEFAULT MOTION. | 0.40 | 148.00 |
| 12/16/2022 | TURNER-LAFVING, CAITLIN | CONTINUED DRAFTING MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; REVIEWED CASE LAW IN CONNECTION WITH SAME; REVIEWED AND REVISED MOTION FOR DEFAULT JUDGMENT AND PROPOSED JUDGMENT AND ORDER. | 4.40 | 1,320.00 |
| 12/19/2022 | TURNER-LAFVING, CAITLIN | CONTINUED DRAFTING MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; REVIEWED CASE LAW IN CONNECTION WITH SAME. | 5.00 | 1,500.00 |
| 12/20/2022 | TURNER-LAFVING, CAITLIN | CONTINUED DRAFTING MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; REVIEWED AND REVISED SAME. | 4.60 | 1,380.00 |
| 12/21/2022 | TURNER-LAFVING, CAITLIN | COMPLETED DRAFTING MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT. | 2.80 | 840.00 |
| 12/22/2022 | DREWRY, ROBERT N. | REVIEWED AND REVISED MOTION, MEMO, AND ORDER IN CONNECTION WITH DEFAULT JUDGMENT. | 0.70 | 259.00 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 12/22/2022 | TURNER-LAFVING, CAITLIN | DRAFTED EXHIBITS TO DECLARATION OF MR. FARACI IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT; E-MAILS WITH MR. DREWRY REGARDING HIS COMMENTS TO DRAFT MEMORANDUM IN SUPPORT OF DEFAULT JUDGMENT; BEGAN RESEARCHING CASE LAW IN CONNECTION WITH SAME. | 1.10 | 330.00 |
| 12/27/2022 | TURNER-LAFVING, CAITLIN | REVISED MEMORANDUM IN SUPPORT OF DEFAULT JUDGMENT PURSUANT TO COMMENTS FROM MR. DREWRY; RESEARCHED AND REVIEWED CASE LAW IN CONNECTION WITH SAME. | 3.00 | 900.00 |
| 1/9/2023 | DREWRY, ROBERT N. | REVIEWED AND REVISED MEMO FOR DEFAULT; E-MAILED MR. FARACI STATUS UPDATE; ATTENDED TO VARIOUS E-MAILS REGARDING MATTER. | 1.00 | 405.00 |
| 1/24/2023 | FARACI, STEPHEN M. | RECEIVED AND REVIEWED COURT NOTICE REGARDING MOTION FOR DEFAULT JUDGMENT; REVISED MOTION FOR DEFAULT JUDGMENT, MEMORANDUM, AND DECLARATION. | 0.60 | 342.00 |
| 1/24/2023 | DREWRY, ROBERT N. | REVIEWED REVISIONS AND COMMENTS FROM MR. FARACI REGARDING DEFAULT JUDGMENT MOTION AND MEMORANDUM; REVISED THE SAME. | 0.70 | 283.00 |
| 1/25/2023 | FARACI, STEPHEN M. | E-MAIL EXCHANGES REGARDING MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM; REVISED SECTIONS ON COMPENSATORY DAMAGES. | 0.40 | 228.00 |

# EXHIBIT A

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 1/25/2023 | DREWRY, ROBERT N. | CONTINUED WORKING ON DEFAULT JUDGMENT PLEADINGS INCLUDING RESEARCH ASSOCIATED WITH THE SAME; E-MAILED CLIENT REQUESTING ADDITIONAL INFORMATION. | 0.80 | 324.00 |
| 1/25/2023 | TURNER-LAFVING, CAITLIN | E-MAILED MESSRS. FARACI AND DREWRY REGARDING REVISING MOTION FOR DEFAULT JUDGEMENT AND MEMORANDUM IN SUPPORT THEREOF; REVIEWED CASE LAW IN CONNECTION WITH THE SAME. | 0.70 | 210.00 |
| 1/26/2023 | TURNER-LAFVING, CAITLIN | BEGAN REVISING MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT PURSUANT TO COMMENTS FROM MR. FARACI; REVIEWED CASE LAW IN CONNECTION WITH THE SAME; E-MAILED MR. DREWRY REGARDING THE SAME. | 2.30 | 690.00 |
| 1/30/2023 | DREWRY, ROBERT N. | CONTINUED EDITING AND REVIEWING DRAFT MOTION FOLLOWING REVISIONS FROM MS. TURNER-LAFVING. | 1.00 | 405.00 |
| 1/31/2023 | DREWRY, ROBERT N. | CONTINUED EDITING DEFAULT JUDGMENT MEMO; E-MAILED CLIENT REGARDING COSTS; RESEARCHED POTENTIAL ALTERNATIVE THEORIES OF DAMAGES. | 0.40 | 162.00 |
| 1/31/2023 | TURNER-LAFVING, CAITLIN | REVIEWED CASE LAW IN CONNECTION WITH DAMAGES DISCUSSION WITH MR. DREWRY; E-MAILS REGARDING THE SAME. | 0.60 | 180.00 |

**EXHIBIT A**

| DATE | ATTORNEY | DESCRIPTION | HRS | FEE |
|---|---|---|---|---|
| 2/3/2023 | TURNER-LAFVING, CAITLIN | REVISED MEMORANDUM IN SUPPORT OF DEFAULT JUDGMENT PURSUANT TO COMMUNICATIONS WITH MR. DREWRY; RESEARCHED CASE LAW ON DAMAGES IN CONNECTION WITH SAME; EMAILS WITH MR. DREWRY REGARDING SAME. | 0.80 | 240.00 |
| 2/10/2023 | TURNER-LAFVING, CAITLIN | E-MAILS WITH MESSRS. FARACI AND DREWRY REGARDING THEORIES OF DAMAGES. | 0.10 | 30.00 |
| 2/12/2023 | TURNER-LAFVING, CAITLIN | REVISED PROPOSED JUDGMENT AND ORDER, MOTION FOR DEFAULT JUDGMENT, AND MEMORANDUM IN SUPPORT THEREOF REGARDING DAMAGES; REVIEWED AUTHORITIES IN CONNECTION WITH SAME; EMAIL TO MR. DREWRY REGARDING SAME. | 1.70 | 510.00 |
| **TOTAL ATTORNEYS' FEES** | | | **84.90** | **$29,337.40** |

# EXHIBIT A

**EXHIBIT 3**

*America Science Team Richmond, Inc. v. Enoch Chan*

Civil Action No. 3:22-cv-00451-JAG

**WHITEFORD, TAYLOR & PRESTON, L.L.P. – COSTS**

| DATE | DESCRIPTION | FEE |
|---|---|---|
| 6/22/2022 | Filing fee. | $402.00 |
| **TOTAL COSTS** | | **$402.00** |