IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| AMERICA SCIENCE TEAM RICHMOND, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ENOCH CHAN, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00451-JAG |

## JUDGMENT AND ORDER

Upon consideration of the *Plaintiff's Motion for Default Judgment* and the *Memorandum in Support* (collectively, the "**Motion**"), filed by Plaintiff's counsel, and the Court having considered the Motion and the Complaint, as defined therein; and due and proper notice of the Motion having been given; and service of the Complaint and Summons in this matter, having been proper; and it appearing that sufficient cause exists for granting the relief requested; it is hereby,

**ORDERED** that the Motion is granted as to Plaintiff America Science Team Richmond, Inc.; and it is further

**ORDERED** that Defendant, Enoch Chan, is liable to Plaintiff for compensatory damages in the amount of $255,500.00; and it is further

**ORDERED** that Defendant, Enoch Chan, is liable to Plaintiff for punitive damages in the amount of $50,000.00; and it is further

**ORDERED** that the Defendant, Enoch Chan, is liable to Plaintiff in the amount of $29,739.40 for Plaintiff's Attorneys' Fees and costs; and it is further

**ORDERED**, that judgment is hereby entered against Defendant, Enoch Chan, in the amount of $305,500.00, plus post-judgment interest in the amount allowed by law; and it is further

**ORDERED** that judgment is hereby entered against Defendant, Enoch Chan, in the amount of $29,739.40 for Plaintiff's Attorneys' Fees and costs; and it is further

**ORDERED**, that Defendant, Enoch Chan, is hereby permanently enjoined from any further use of AmeriSci's confidential information and Trade Secrets; and it is further

**ORDERED**, that Defendant, Enoch Chan, is hereby directed to immediately return all confidential information to Plaintiff and certify to the Court through a forensic examination of Defendant's computers and other devices that he has returned such information and that he has not retained any copy or copies of any of Plaintiff's information; and it is further

**ORDERED** that this Court finds that there is no reason for delay and that the judgment entered herein is final.

The Clerk is directed to file a copy of this Order electronically and notify the parties and all counsel of record.

**SO ORDERED** on this \_\_\_\_ day of _____, 2023

John A. Gibney, Jr.
United States District Judge