IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMERICA SCIENCE TEAM
RICHMOND, INC.,
        Plaintiff,

v.                                             Civil Action No. 3:22cv451

ENOCH CHAN,
        Defendant.

## **ORDER**

This matter comes before the Court on the plaintiff's motion for default judgment. (ECF No. 20.) Upon due consideration, the Court will conduct a hearing on the motion on **April 4, 2023,** at 10:00 a.m.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 23 March 2023
Richmond, VA