| CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET | DATE: 4/4/23 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE<br><br>America Science Team Richmond, Inc.<br>v.<br>Enoch Chan | CASE NO: 3:22cv451<br><br>JUDGE: Gibney<br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( )
　　　　　　　　　　　　MOTION HEARING ( x ) Motion for Default Judgment


APPEARANCES: Plaintiff by (X)/with ( ) counsel
　　　　　　　　No appearance made on behalf of defendant


**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:　PLAINTIFF(S) ( )　　DEFENDANT(S) ( ) Court ( )
OPENING STATEMENTS MADE ( )　　　OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )
DEFENDANT(S) ADDUCED EVIDENCE ( )　　RESTED ( ) MOTION ( ) _____
EVIDENCE CONCLUDED ( )　　　ARGUMENTS OF COUNSEL HEARD (X)


CASE CONTINUED UNTIL

ADDITIONAL NOTATIONS: The Court grants punitive damages in its favor against Defendant in the amount of $50,000, grants the permanent injunction, and grants attorneys' fees and costs to AmeriSci.

*Counsel for Plaintiff(s):*
Stephen Faraci, Robert Drewry


*Counsel for Defendant(s):*
_____

_____
SET:　　　　　　BEGAN:　　　　　　ENDED:　　　　　TIME IN COURT: 15 MINUTES
10:30　a.m.　　 10:01　a.m.　　　 10:16　a.m.

Recess: