# WHITEFORD, TAYLOR & PRESTON L.L.P.

ROBERT N. DREWRY
ASSOCIATE
DIRECT LINE (804) 977-3304
DIRECT FAX (804) 762-6865
RDrewry@whitefordlaw.com

TWO JAMES CENTER
1021 E. CARY STREET
SUITE 1700
RICHMOND, VIRGINIA 23219

MAIN TELEPHONE (804) 977-3300
FACSIMILE (804) 977-3299

DELAWARE*
DISTRICT OF COLUMBIA
KENTUCKY
MARYLAND
NEW YORK
PENNSYLVANIA
VIRGINIA

WWW.WHITEFORDLAW.COM
(800) 987-8705

July 11, 2023

*RECEIVED JUL 12 2023 CLERK, U.S. DISTRICT COURT RICHMOND, VA*

**VIA Federal Express**
Fernando Galindo, Clerk of Court
United States District Court
Eastern District of Virginia
Spottswood W. Robinson III and
    Robert R. Merhige, Jr., Federal Court House
701 East Broad Street
Richmond, Virginia 23219

Re: *America Science Team Richmond, Inc. v. Enoch Chan*
    Civil Action No. 3:22-cv-000451-JAG

Dear Mr. Galindo:

Enclosed please find my firm's check in the amount of $11.20 in payment of the Court's fee for a certified copy of the Judgment and Order (DN 24) entered on April 4, 2023 in the above-referenced matter. Also enclosed is a return Federal Express envelope for your convenience in returning the certified copy of the Judgment and Order to me.

As always, your cooperation and assistance in this regard are appreciated. Please do not hesitate to contact me with any questions or concerns regarding the foregoing.

Very truly yours,

Robert N. Drewry

RND:al
Enclosures

*Whiteford, Taylor & Preston L.L.P. is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.