Generated: Jul 12, 2023 3:10PM                                                                                                          Page 1/1



# U.S. District Court

### Virginia Eastern - Richmond

Receipt Date: Jul 12, 2023 3:10PM

Robert Drewry

| Rcpt. No: 300001762 | | Trans. Date: Jul 12, 2023 3:10PM | | | Cashier ID: #JC |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 601 | Electronic Printing Fee | | 2 | 0.10 | 0.20 |
| 104 | Cert of Document/Transcript of JGMT | | 1 | 11.00 | 11.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #171583 | 07/11/2023 | $11.20 |
| | | | Total Due Prior to Payment: | $11.20 |
| | | | Total Tendered: | $11.20 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 3:22CV451

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.