IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| AMERICA SCIENCE ) | |
| TEAM RICHMOND, INC, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:22-cv-451-JAG |
| ) | |
| ENOCH CHAN, ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR RELIEF FROM JUDGMENT**
**MOTION FOR RELIEF FROM ENTRY OF DEFAULT**
**Fed. Rules. Civ. P. 55, 60**

Defendant Mr. Enoch Chan, by counsel, hereby respectfully moves the Court to grant relief from the Clerk's Entry of Default (Dkt. 18) and from the Judgment and Order (Dkt. 24) of this Court entered April 4, 2023, for the reasons and upon the grounds set forth in Defendant's accompanying Memorandum of Law.

Respectfully Submitted,

Enoch Chan,

By: _____/s/ Matthew Crist_____
Matthew A. Crist, VSB No. 85922
mcrist@MACPLLC.net
Matthew A. Crist, PLLC
10432 Balls Ford Rd., Suite 300
Manassas, VA 20109
(571) 551-6859
*Counsel for Defendant*