IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMERICA SCIENCE TEAM
RICHMOND, INC.,

        Plaintiff,

v.

                                    Civil Action No. 3:22cv451

ENOCH CHAN,

        Defendant.

## ORDER

This matter comes before the Court on a motion to set aside default judgment filed by the defendant, Enoch Chan. (ECF No. 27.) On December 12, 2024, the Court conducted a hearing on Chan's motion. At the end of the hearing, the Court reserved judgment and explained that Chan may have additional time to demonstrate why the Court should set aside its prior entry of default judgment.

Accordingly, the Court DIRECTS Chan to produce additional evidence regarding his whereabouts on October 4, 2022, no later than Monday, February 10, 2025. This includes, but is not limited to, evidence from Chan's medical school demonstrating his dates of enrollment and his academic calendar on the date in question.

The Court further DIRECTS Chan to produce additional evidence showing that he has a meritorious defense by Monday, February 10, 2025. This includes, but is not limited to, an expert affidavit explaining why Chan could not have committed the conduct alleged in the complaint.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 16 December 2024
Richmond, VA

                                        /s/
                          John A. Gibney, Jr.
                          Senior United States District Judge