IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMERICA SCIENCE TEAM
RICHMOND, INC.,

        Plaintiff,

v.                                           Civil Action No. 3:22cv451

ENOCH CHAN,

        Defendant.

## ORDER

This matter comes before the Court on a notice filed by the defendant, Enoch Chan. (ECF No. 38.) On December 12, 2024, the Court conducted a hearing on Chan's motion to set aside default judgment. At the end of the hearing, the Court reserved judgment and instructed Chan to submit additional evidence regarding his whereabouts on October 4, 2022, and on whether he has a meritorious defense. Chan has now submitted this evidence through the aforementioned notice. Accordingly, should the plaintiff wish to respond to Chan's notice, it must do so by **Tuesday, February 18, 2025**.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 6 February 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge