IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMERICA SCIENCE TEAM
RICHMOND, INC.,

    Plaintiff,

v.    Civil Action No. 3:22cv451

ENOCH CHAN,

    Defendant.

## ORDER

This matter comes before the Court on motions filed by the defendant, Enoch Chan, to set aside default judgment and for leave to supplement that filing. (ECF Nos. 27, 31.) For the reasons stated in the accompanying Opinion, the Court GRANTS Chan's motions, (ECF Nos. 27, 31), and SETS ASIDE both the Clerk's prior entry of default and the Court's prior entry of default judgment, (*see* ECF Nos. 18, 24).

Because Chan accepted service of the summons and complaint at a hearing on December 12, 2024, the Court further DIRECTS Chan to respond to the complaint within 21 days of this Order. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 12 March 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge