IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMERICA SCIENCE TEAM
RICHMOND, INC.,

      Plaintiff,

v.   Civil Action No. 3:22cv451

ENOCH CHAN,

      Defendant.

## ORDER

This matter comes before the Court on motions to dismiss filed by the parties, (ECF Nos. 44, 48), and a motion to supplement the record filed by the defendant, Enoch Chan, (ECF No. 50). For the reasons stated in the accompanying opinion, the Court ORDERS as follows:

1. The Court GRANTS IN PART and DENIES IN PART Chan's motion to dismiss the complaint of the plaintiff, America Science Team Richmond, Inc. ("AmeriSci"). (ECF No. 44.) The Court dismisses Claims 4, 8, and 9. AmeriSci's remaining claims survive.

2. The Court GRANTS AmeriSci's motion to dismiss Chan's counterclaims. (ECF No. 48.)

3. The Court GRANTS Chan's motion to supplement the record. (ECF No. 50.)

4. The Court WARNS counsel for Chan that any continued failure to abide by the Federal Rules of Civil Procedure or the Local Civil Rules of the Eastern District of Virginia may result in the imposition of sanctions pursuant to Federal Rule of Civil Procedure 11(c).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 15 Jul 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge