**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| AMERICA SCIENCE TEAM RICHMOND, INC, <br> *Plaintiff*, <br><br> v. <br><br> ENOCH CHAN, <br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 3:22-cv-451-JAG <br> ) <br> ) <br> ) <br> ) |

### ENOCH CHAN'S MOTION FOR LEAVE

COMES NOW, Enoch Chan, by and through counsel, and for his Motion for Leave to Appear Remotely at Settlement Conference before Judge Colombell; in support thereof, Defendant respectfully incorporates his Memorandum filed herewith.

WHEREFORE, Defendant Enoch Chan respectfully requests leave of Court to appear remotely or by his authorized representative, undersigned counsel, at the Settlement Conference scheduled to occur December 12, 2025, and for such other and additional relief as the Court deems equitable and just.

Dated: September 23, 2025.

                                                                   Respectfully Submitted,

                                                                   Enoch Chan,

                                                                   By:      /s/ Matthew Crist
                                                                   Matthew A. Crist, VSB No. 85922
                                                                   mcrist@MACPLLC.net
                                                                   Matthew A. Crist, PLLC
                                                                   9200 Church St., Ste 200
                                                                   Manassas, VA 20110
                                                                   Phone: (703) 665-7878
                                                                   Direct: (571) 551-6859
                                                                   ***Counsel for Defendant Enoch Chan***