IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMERICA SCIENCE TEAM RICHMOND, INC.,
    Plaintiff,

v.                                    Civil Action No. 3:22-cv-00451 (JAG)

ENOCH CHAN,
    Defendant.

## ORDER

This matter comes before the Court on Defendant's Motion for Leave to Appear Remotely (ECF No. 62) for the December 12, 2025 settlement conference. Defendant Chan resides in Hong Kong and Plaintiff does not object to Defendant's Motion. Finding good cause, the Court hereby **GRANTS** Defendant's Motion for Leave to Appear Remotely (ECF No. 62.) Defendant Chan may appear by remote means for the December 12, 2025 settlement conference, facilitated by his attorney who will be physically present at the settlement conference.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

                                                      /s/ MRC
                                           Mark R. Colombell
                                           United States Magistrate Judge

Richmond, Virginia Date:
September 24, 2025