**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| **AMERICA SCIENCE TEAM RICHMOND, INC.,**  Plaintiff, | )  )  )  ) |
| v. | ) Civil Action No.: 3:22-cv-451-JAG |
| **ENOCH CHAN,**  Defendant. | )  )  )  )  ) |

**ACKNOWLEDGEMENT CONCERNING MATERIAL
COVERED BY A PROTECTIVE ORDER**

The undersigned has carefully read and understands the Protective Order entered in the above-captioned action and agrees to be bound thereby.

The undersigned agrees to only use, view or divulge any materials, documents or information designated as "CONFIDENTIAL" in accordance with the terms of the Protective Order, and shall keep all such Protected Material confidential. The undersigned understands that any violation of the Protective Order may be punishable as contempt of court and agrees to submit to the jurisdiction of the United States District Court for the Eastern District of Virginia (Richmond Division), so that an appropriate penalty can be imposed if the Protective Order is violated or there is a dispute related to the Protective Order.

*[SIGNATURE PAGE FOLLOWS]*

DATED: _____ / _____ / _____

_____
Signature

_____
Print Name

_____
Title and Company

13