IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMERICA SCIENCE TEAM
RICHMOND, INC.,
        Plaintiff,

v.                                    Civil Action No. 3:22cv451

ENOCH CHAN,
        Defendant.

### FINAL ORDER

This matter comes before the court on a motion for dismissal filed by the plaintiff, America Science Team Richmond, Inc.[1] The plaintiff requests that the Court (1) dismiss the case with prejudice and without costs, and (2) retain jurisdiction to enforce the parties' settlement agreement and the injunction entered on January 5, 2026. (ECF No. 98, at 1; ECF No. 97.)

Upon due consideration, the Court GRANTS the motion and DISMISSES the case, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 98.) The Court SHALL retain jurisdiction to enforce the parties' settlement agreement and the injunction. The Court DIRECTS the Clerk to close the case.

IT IS SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 8 January 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

---

[1] (ECF No. 98.) AmeriSci's proposed order, (ECF No. 98-1), cites Federal Rule of Civil Procedure 41(a)(2), which provides that an action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The motion states, however, that the parties "jointly move" for dismissal. (ECF No. 98, at 1.) Despite this language, the Court construes the filing under Rule 41(a)(2) because the motion does not contain the joint stipulation language necessary for dismissal under Rule 41(a)(1)(ii).